```
FILED        LODGED
RECEIVED     COPY

    FEB 7 2012

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR '12 80 23 PCT DGC LOA |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | VIO: 18 U.S.C. §§ 1153, 2111 and 2<br>(CIR - Robbery)<br>Count 1 |
| 1) Nicholas Archie Begay; | |
| 2) Nicholi Begay; | 18 U.S.C. §§ 1153, 113(a)(6) and 2<br>(CIR - Assault Resulting In Serious<br>Bodily Injury)<br>Counts 2 and 3 |
| 3) Marwin Jay Begay; and, | |
| 4) Jarimie Jay Begay, | |
| Defendants. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about January 29, 2012, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, NICHOLAS ARCHIE BEGAY, NICHOLI BEGAY, MARWIN JAY BEGAY, and JARIMIE JAY BEGAY, Indians, did, by force, violence and intimidation take and attempt to take from the person and presence of Roger and Ella Mae Wheeler, things of value, to wit: beer and money.

In violation of Title 18, United States Code, Sections 1153, 2111 and 2.

## COUNT 2

On or about January 29, 2012, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, NICHOLAS ARCHIE BEGAY, NICHOLI BEGAY, MARWIN JAY BEGAY, and JARIMIE JAY BEGAY, Indians, did aid and assist and

did knowingly and recklessly assault Roger Wheeler, resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6) and 2.

### COUNT 3

On or about January 29, 2012, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, NICHOLAS ARCHIE BEGAY, NICHOLI BEGAY, MARWIN JAY BEGAY, and JARIMIE JAY BEGAY, Indians, did aid and assist and did knowingly and recklessly assault Ella Wheeler, resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6) and 2.

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date: February 7, 2012

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

S/

ROGER DOKKEN
Assistant United States Attorney