JOHN S. LEONARDO
United States Attorney
District of Arizona

ROGER DOKKEN
Assistant U.S. Attorney
E-mail: roger.dokken@usdoj.gov
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7593
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>    Plaintiff,<br><br>  vs.<br><br>Nicholas Archie Begay,<br><br>    Defendant. | No. CR-12-8023-001-PHX-DGC<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM** |

The United States, by and through undersigned counsel, hereby submits its Sentencing Memorandum. All of the defendants in the case at hand are roughly the same age, have similar backgrounds, and minimize their own behavior, while more openly discussing their codefendants' behavior.

A major sentencing consideration is to avoid unwarranted sentencing disparities for similarly situated defendants. As such Nicholas Begay should receive the same sentence as his codefendants.

Respectfully submitted this 20th day of November, 2012.

            JOHN S. LEONARDO
            United States Attorney
            District of Arizona

            *s/Roger Dokken*            .
            ROGER DOKKEN
            Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Andre L. Pennington
Federal Public Defenders Office
*Attorney for Defendant Nicholas Archie Begay*

<u>s/Erica Lane           </u>.