FILED \_\_\_ LODGED
RECEIVED \_\_\_ COPY
APR 2 0 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Nicholas Archie Begay,<br><br>    Defendant. | No. CR-12-08023-DGC-PCT-001<br><br>**WAIVER AND ORDER**<br><br>**Modification of Supervised Release Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

    ☐ any modification of my conditions of probation. 18 U.S.C. 3563(c).

    ☒ any modification of my conditions of supervised release. 18 U.S.C. 3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

9. *You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.*

_Nicholas A. Begay_  April 1, 2015
Nicholas Archie Begay         Date
Defendant

_Matt S_  4-1-15
Matthew Cary         Date
U.S. Probation Officer

ORDER OF COURT

Considered and ordered this _____ day of _____, _____ and ordered filed and made a part of the records in the above case.

_David G. Campbell_  4/19/15
The Honorable David G. Campbell         Date
U.S. District Judge