# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## WITNESS LIST --- CRIMINAL

☒ Revocation Hearing  ☐ Non-Jury Trial  ☐ Jury Trial

USA vs. Begay, Nicholas  CR-12-08023-PCT-DGC

☒ GOVERNMENT  ☐ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 1. | Aurelia Barlow, United States Probation Office (telephonic) | G | 10/19/21 | 10/19/21 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

FILED ✓ OCT 19 2021 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY DEPUTY