JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JAMES D. RAEL, No. 033405
Asst. Federal Public Defender
Attorney for Defendant
james_rael@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>       vs.<br><br>Nicholas Archie Begay,<br><br>            Defendant | No. CR-12-08023-01-PCT-DGC<br><br>**NOTICE** |

Defense Counsel, pursuant to the Court's October 19, 2021 order, hereby notifies the Court that he has again attempted to meet with the Defendant. Defense Counsel has ***no additional information to present*** to the Court regarding Mr. Begay's desire to participate in these proceedings. Defense Counsel previously filed a notice on November 2, 2021 indicating that he "has additional information to present ..." *See* ECF No. 256. This notice contained a typographical error.

Respectfully submitted: November 2, 2021.

JON M. SANDS
Federal Public Defender

*s/James Rael*
JAMES D. RAEL
Asst. Federal Public Defender